IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15  PM 4:29

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SHOBERT,<br><br>Defendant. | No. 23-CR-153-S<br><br>Ct 1:  18 U.S.C. §§ 922(o) and 924(a)(2)<br>(Possession of a Machinegun)<br><br>Ct 2:  26 U.S.C. § 5861(d) & 5845(a)<br>(Possession of an Unregistered Firearm)<br><br>**FORFEITURE NOTICE** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about July 28, 2023, in the District of Wyoming, the Defendant, **STEVEN SHOBERT**, did knowingly possess machineguns, as that term is defined in 26 U.S.C. § 5845(b), namely, three AR-15 type machinegun conversion devices, and one 9mm Glock model 17 bearing serial number BVBM327, the latter of which was capable of firing automatically more than one shot by a single pull of the trigger by modification of a machinegun conversion device, also known as a "Glock Switch."

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT TWO

On or about July 28, 2023, in the District of Wyoming, the Defendant, **STEVEN SHOBERT**, knowingly possessed a firearm, namely, one Aero Precision model M4E1

1

short-barreled rifle bearing serial number M4-0332643, which has a barrel of less than 16 inches in length and was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) and 5845(a).

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense set forth in this Indictment, the Defendant shall forfeit to the United States any firearm and ammunition involved in the commission of the offense.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

*Ink Signature on File with Clerk's Office*
FOREPERSON

NICHOLAS VASSALLO
United States Attorney

2

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | STEVEN SHOBERT |
| **DATE:** | November 14, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |

    **Ct: 1**  **18 U.S.C. §§ 922(o) and 924(a)(2)**
        (Transfer OR Possession of a Machine Gun)

        0-10 Years Imprisonment
        Up To $250,000 Fine
        3 Years Supervised Release
        $100 Special Assessment

    **Ct: 2**  **26 U.S.C. § 5861(d)**
        (Possession of an Unregistered Firearm)

        0-10 Years Imprisonment
        Up To $250,000 Fine
        Up To 3 Years Supervised Release
        $100 Special Assessment

| | |
|---|---|
| **TOTALS:** | 0-20 Years Imprisonment |
| | Up To $500,000 Fine |
| | Up To 3 Years Supervised Release |
| | $200 Special Assessment |
| **AGENT:** | David Tubbs, ATF |
| **AUSA:** | Jonathan C. Coppom, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |

1

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**					Yes


**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**			No

2