Jonathan C. Coppom
Wyoming State Bar No. 7-5548
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jonathan.coppom@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15  PM 4:28

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-153-S |
| STEVEN SHOBERT, | |
| Defendant. | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States moves for an order sealing the Indictment until such time as the Defendant is in custody or has been released pending trial.

DATED this 14th day of November, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _____
JONATHAN C. COPPOM
Assistant United States Attorney