Jonathan C. Coppom
Wyoming State Bar No. 7-5548
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jonathan.coppom@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15 PM 4:29

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVEN SHOBERT,<br><br>　　　　Defendant. | Case No. 23-CR-153-S |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **Serious risk Defendant will flee**
   **A felony involving possession of a firearm (see 18 U.S.C. § 3142(f)(1)(E))**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 14th day of November, 2023.

NICHOLAS VASSALLO
United States Attorney

By: /s/ Jonathan C. Coppom
JONATHAN C. COPPOM
Assistant United States Attorney