Jonathan C. Coppom
Wyoming State Bar No. 7-5548
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jonathan.coppom@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 NOV 15 PM 4: 29

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN SHOBERT,<br><br>        Defendant. | Case No. 23-CR-153-S |

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **STEVEN SHOBERT**

DATED this 14th day of November, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _____
JONATHAN C. COPPOM
Assistant United States Attorney

BOND SET AT: Detain

_____
KELLY H. RANKIN
Chief United States Magistrate Judge