AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Wyoming

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 23-CR-153-S |
| STEVEN SHOBERT | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**FILED**

3:15 pm, 11/16/23

**Margaret Botkins**
**Clerk of Court**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   STEVEN SHOBERT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18 U.S.C. §§ 922(o) - Possession of a Machinegun
COUNT 2: 26 U.S.C. §§ 5861(d) & 5845(a) - Possession of an Unregistered Firearm

Date:   11/16/2023

*Issuing officer's signature*

City and state:   Cheyenne, Wyoming

Kelly H. Rankin, Chief US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/01/2023, and the person was arrested on *(date)* 12/05/2023
at *(city and state)* Sheridan VAMC - Sheridan, WY

Date: 12/05/2023

*Arresting officer's signature*

Chris J. Kampbell, CPT SVAMC
*Printed name and title*