# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
4:13 pm, 12/7/23
U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 23-CR-153-SWS |
| STEVEN SHOBERT | |
| Defendant, | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing to be set by the Court.

Date:  December 7, 2023

R. Michael Shickich
United States Magistrate Judge