

FILED
1:18 pm, 12/12/23
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.  Case Number: 23-cr-00153-SWS

STEVEN SHOBERT

Defendant.

Date 12/12/2023    Time 11:17 - 11:24 AM    Before the Honorable   R. Michael Shickich

☐ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☑ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: (1) 18 U.S.C. §§ 922(o) and 924(a)(2) (Possession of a Machinegun)
(2) 26 U.S.C. §§ 5861(d) and 5845(a) (Possession of an Unregistered Firearm)

| Tiffany Dyer | FTR Recording | Kenny Ainsworth |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Timothy J. Forwood | Greenfield/Redmond | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**BOND IS**   ☑ Defendant is detained
☐ Set at  $ _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for:  Date _____  Time _____
Judge _____

☐ Obey all laws, Federal, State and Local         ☐ Maintain current residence
☐ Seek/Maintain employment                        ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____            ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Abide by the following curfew _____
☐ Not use or possess alcohol                      ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                       ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing                  ☐ Post property or sum of money _____
☐ Do not obtain passport                          ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____           ☐ Mandatory DNA collection
☐ Other _____
☐ Bail review / detention hearing    Date _____
☑ Defendant detained- Reasons   Defendant does not contest detention; History of non-compliance and nature of the offense

**Arraignment**

☐ Defendant waives indictment
☑ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
1-2          of an   Indictment
☐ Guilty to count(s)
_____ of an  _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed   ☐ Days   ☐ On or Before   ☐ Discovery
☑ Trial date set for  1/29/2024  at 9:00 AM  Before Honorable      Scott W. Skavdahl
in  Casper, Wyoming (Courtroom 2)
☑ Speedy trial expires on   2/15/2024
☐ Other