

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
12:50 pm, 12/13/23
U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SHOBERT<br><br>Defendant, | Case Number: 23-CR-153-SWS |

### ORDER GRANTING MOTION FOR GRAND JURY TRANSCRIPTS

In accordance with the request of the Defendant for provision of transcripts of Grand Jury testimony involved in the above-captioned case and there being no objection by the United States to said request, the Court, pursuant to Rule 6(e)(3)(E)(i).

HEREBY ORDERS AND DIRECTS that transcripts of Grand Jury testimony be made available to the Defendant.

Counsel and Defendant are hereby prohibited from revealing the contents of the Grand Jury material referred to in this Order and appropriate sanctions will be imposed upon proof of violation of this prohibition.

Dated this 13th day of December, 2023.

R. Michael Shickich
United States Magistrate Judge