

**FILED**

9:35 am, 1/8/24

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

STEVEN SHOBERT

Defendant.

Case Number: 2:23-CR-00153-SWS-1

## CRIMINAL MINUTE SHEET - MOTION HEARING

☑ This minute sheet also contains a Minute Order
☑ Telephonic

Int. Telephone:
Interpreter:

Date: 1/8/2024          Time: 8:58 - 9:06 AM

| Scott W. Skavdahl | Elayna Thorsell | Megan Strawn | Rachel Edelman |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| U.S. Marshal | U.S. Probation Officer |
|---|---|

Attorney(s) for Government    Jonathan Coppom

Attorney(s) for Defendant(s)  Tracy Hucke

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 22 | Ends of Justice Continuance | Granted |

Other:
The Court heard from the parties on the Motion for an Ends of Justice Continuance.

Trial is currently scheduled for 1/29/24.

Minute Order: The Court grants [22] Motion for an Ends of Justice Continuance for reasons stated on the record and incorporated herein. The new trial date will be scheduled for March 25, 2024 at 9:00 AM.