FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 MAR -4  PM 4: 07

MARGARET BOTKINS, CLERK
CASPER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

UNITED STATES OF AMERICA,

        Plaintiff,

   **v.**                           **Criminal No. 23-CR-153-S**

STEVEN SHOBERT,

        Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE RESPONSE DEADLINES**

---

This matter comes before the Court on the United States' Unopposed Motion to Continue Response Deadlines (ECF No. 30). Having considered the motion and the record in this case, and being otherwise fully advised, the Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** the United States' Unopposed Motion to Continue Response Deadlines (ECF No. 30) is hereby **GRANTED.** The United States shall file its response, if any, to Defendant's Motion to Suppress (ECF No. 27), Motion to Dismiss Count One (ECF No. 28), and Motion to Dismiss Count Two (ECF No. 29) on or before March 8, 2024.

DATED this _4th_ day of March 2024.

SCOTT W. SKAVDAHL
Chief Judge, United States District Court