Jonathan C. Coppom
Wyoming State Bar No. 7-5548
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
jonathan.coppom@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Criminal No. 23-CR-153-SWS** |
| **STEVEN SHOBERT,** | |
| Defendant. | |

## PRAECIPE FOR ISSUANCE OF SUBPOENAS

The Clerk will please issue three subpoenas in the above-entitled case.

DATED this 12th day of March 2024.

NICHOLAS VASSALLO
United States Attorney


By:     */s/ Jonathan C. Coppom*
        JONATHAN C. COPPOM
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2024 the foregoing was electronically filed and consequently served on defense counsel.

/s/ Amanda R. Hudson
For the United States Attorney's Office