UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-153-SWS |
| STEVEN SHOBERT, | |
| Defendant. | |

### ORDER GRANTING MOTION FOR DEFENDANT'S EXPERT WITNESS TO TESTIFY BY VIDEO

This matter comes before the Court on Defendant Steven Shobert's unopposed Motion to Permit Defendant's Expert Witness to Testify by Video (ECF No. 38). Having reviewed the motion and being otherwise fully advised, the Court finds good cause exists for Dr. Craig Lauer to testify via video teleconference.

IT IS THEREFORE ORDERED that Defendant's motion (ECF No. 38) is **GRANTED.** Dr. Craig Lauer may appear and testify via video teleconference at the Suppression Hearing on March 18, 2024 at 3 p.m.

DATED this 15th day of March 2024.

Scott W. Skavdahl
United States District Judge