# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*5:58 pm, 3/18/24*

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

　　　　　　　　　　Plaintiff,

vs.                                               Case Number: 2:23-CR-00153-SWS

STEVEN SHOBERT

　　　　　　　　　　Defendant.

### CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone:　　　　　　　　Interpreter:
Date: 3/18/2024　　　　　　　　Time: 3:05 - 4:32 PM, 4:44 - 5:49 PM

| Scott W. Skavdahl | Elayna Thorsell | Megan Strawn | Rachel Edelman |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| ZC/CR | |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Government　　　Jonathan Coppom

Attorney(s) for Defendant(s)　　　Tracy Hucke

Witness(es) for Government　　　Colleen McClain, Michael Oberth

Witness(es) for Defendant(s)　　　Dr. Craig Lauer

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 27 | Suppress | Under Advisement |
| Dft | 28 | Dismiss Count One | Under Advisement |
| Dft | 29 | Dismiss Count Two | Under Advisement |

Other:
Government's Exhibit #1 received.
3:10 PM Colleen McClain called and sworn. Direct Examination of Deputy McClain by Jonathan Coppom. Exhibit 3 used for recollection, admitted.
3:37 PM Cross-Examination of Deputy McClain by Tracy Hucke.
3:48 PM Re-Direct Examination of Deputy McClain by Mr. Coppom.
3:50 PM Voir dire of Deputy McClain by the Court.

Criminal Motion Minute Sheet
2:23-CR-00153-SWS

3:54 PM Michael Oberth called and sworn.
3:55 PM Direct Examination of Mr. Oberth by Mr. Coppom.
4:07 PM Cross-Examination of Mr. Oberth by Ms. Hucke. Exhibit A identified in CM/ECF as 27-1, admitted and displayed. Exhibit C (Doc. 27-3) admitted and displayed.
4:25 PM Re-Direct Examination of Mr. Oberth by Mr. Coppom.
4:27 PM Voir dire of Mr. Oberth by the Court.
4:31 PM Follow-up Cross-Examination of Mr Oberth by Ms. Hucke.
4:32 PM Court is in recess.
4:44 PM Court is in session. Dr. Craig Lauer called and sworn via Zoom.
4:45 PM Direct Examination of Dr. Lauer by Ms. Hucke.
5:04 PM Cross-Examination of Dr. Lauer by Mr. Coppom.
5:11 PM Re-Direct Examination of Dr. Lauer by Ms. Hucke.
5:13 PM Voir dire of Dr. Lauer by the Court.
5:21 PM Follow-up Direct Examination of Dr. Lauer by Ms. Hucke.
5:25 PM Government closing argument by Mr. Coppom.
5:29 PM Defendant closing argument by Ms. Hucke.
5:41 PM Government rebuttal by Mr. Coppom.
5:49 PM Court is in recess.

The Court took the motions under advisement, and will rule on them by 3/19/2024.