# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

5:15 pm, 3/19/24

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff,

vs.

STEVEN SHOBERT

Defendant.

Case Number: 2:23-CR-00153-SWS

Interpreter Name

Interp. Phone:

## CRIMINAL MINUTE SHEET ORAL RULING

☑ This Minute Sheet also contains a Minute Order
☑ This was a Telephonic Hearing

Date: 3/19/2024     Time: 4:32 - 5:09 PM

| Scott W. Skavdahl | Elayna Thorsell | Megan Strawn | Rachel Edelman |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| U.S. Marshal | U.S. Probation Officer |
|---|---|

Attorney(s) for Government   Jonathan Coppom

Attorney(s) for Defendant(s)   Tracy Hucke

| Party | Pleading# | Motion To/For | Disposition |
|---|---|---|---|
| Defendant | 27 | Suppress | Denied |
| Defendant | 28 | Dismiss Count One | Denied |
| Defendant | 29 | Dismiss Count Two | Denied |

Other:

The Court issued its oral ruling on the motions pending.

Minute Order: The Court denied the [27] Motion to Suppress; denied the [28] Motion to Dismiss Count One; denied the [29] Motion to Dismiss Count Two for reasons as stated on the record and incorporated by reference herein.

The Court granted the joint oral motion to continue trial. Trial will be reset for April 15, 2024 at 9:00 AM. All other deadline set forth in the operable scheduling order not expressly modified herein shall remain in full effect as calculated from the new trial setting. The time between the date the motion to continue was submitted (3/19/24) and the new trial date shall be excluded

CIVIL MINUTE SHEET ORAL RULING
2:23-CR-00153-SWS

from the speedy trial calculations.