# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:20 pm, 4/11/24

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

vs.

STEVEN SHOBERT

Defendant.

Case Number: 2:23-cr-00153-SWS

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date April 11, 2024   Time 2:00 - 2:23 PM

☐ Arraignment   ☑ Change of Plea   Before the Honorable Scott W. Skavdahl

Interpreter:   Int. Phone:

| Elayna Thorsell | Megan Strawn | Laura M. Harris | ZC/CG |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: Mackenzie Morrison

Defendant: Tracy Hucke

☑ FPD  ☐ PANEL-CJA  ☐ RETAINED  ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 of an Indictment
☐ *Nolo Contendere*

### NOT GUILTY PLEA | GUILTY PLEA

☐ Court accepts *Nolo Contendere* Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or on/before _____
☐ Trial date set for _____ at _____ in _____
☐ Speedy trial expires on _____
☐ Other _____

☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea agreement filed
☑ Sentencing set for 7/3/2024 at 1:45 PM in Casper Courtroom No. 2
☑ Plea conditionally accepted
☑ Count(s) 2 to be dismissed at time of sentencing

BOND IS
- ☑ Defendant is detained
- ☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured
- ☐ Continued on the same terms and conditions
- ☐ Continued on bond with the following conditions:
- ☐ Released on bond with the following conditions:

| | |
|---|---|
| ☐ 3rd party custody of _____ | ☐ Seek/Maintain employment |
| ☐ Report to Pretrial Services as directed | ☐ Travel restricted to _____ |
| ☐ Maintain current residence | ☐ Abide by the following curfew _____ |
| ☐ Not use or possess firearms/ammunition/explosives | ☐ Not use or possess controlled substances/drugs |
| ☐ Not use or possess alcohol | ☐ Not use alcohol to excess |
| ☐ Submit to drug/alcohol testing | ☐ Avoid all contact with _____ |
| ☐ Surrender passport to _____ | ☐ Post property or sum of money _____ |
| ☐ Obey all laws. Federal, State and Local | ☐ Do not obtain passport |
| ☐ Undergo Medical/Psychiatric treatment/exam | |
| ☑ Other  Defendant taken into custody | |