

**FILED**

**1:32 pm, 4/12/24**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

STEVEN SHOBERT

Defendant.

Case Number:   2:23-cr-00153-SWS

### AMENDED ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date April 11, 2024          Time     2:00 - 2:23 PM

☐ Arraignment     ☑ Change of Plea          Before the Honorable     Scott W. Skavdahl

Interpreter:                                    Int. Phone:

| Elayna Thorsell | Megan Strawn | Laura M. Harris | ZC/CG |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: Mackenzie Morrison

Defendant:   Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment

☐ Information filed by Government

☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment

☑ Guilty to Count(s)  1_____ of an Indictment

☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or | ☑ Plea agreement filed |
| on/before _____ | ☑ Sentencing set for 7/3/2024 at 1:45 PM |
| ☐ Trial date set for _____ at _____ | in   Casper Courtroom No. 2 |
| in _____ | ☑ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☑ Count(s) 2_____ to be dismissed at time of sentencing |
| ☐ Other _____ | |

WY54

Rev. 03/14/2024

ARRAIGNMENT/COP MINUTE SHEET

BOND IS      ☑ Defendant is detained

☐ Set at  _____    ☐ Cash or Surety   ☐ Unsecured

☐ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

☐ 3ʳᵈ party custody of _____     ☐ Seek/Maintain employment

☐ Report to Pretrial Services as directed     ☐ Travel restricted to _____

☐ Maintain current residence     ☐ Abide by the following curfew _____

☐ Not use or possess firearms/ammunition/explosives     ☐ Not use or possess controlled substances/drugs

☐ Not use or possess alcohol     ☐ Not use alcohol to excess

☐ Submit to drug/alcohol testing     ☐ Avoid all contact with _____

☐ Surrender passport to _____     ☐ Post property or sum of money _____

☐ Obey all laws.  Federal, State and Local     ☐ Do not obtain passport

☐ Undergo Medical/Psychiatric treatment/exam Other

☐ Other: _____