TRACY RACICOT HUCKE, WBS # 7-4880
Wyoming Branch Chief
214 W. Lincolnway, Ste. 31A
Cheyenne, WY 82001
307-772-2781
Tracy.Hucke@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 23-CR-153-SWS |
| STEVEN SHOBERT, | |
| Defendant. | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Steven Shobert asks this Court for an order continuing his sentencing hearing currently scheduled for July 3, 2024, for 30 days to a date and time convenient for the Court. Mr. Shobert is in the process applying for a bed date at the Black Hills VA in South Dakota. Admission to an intensive residential Veteran's treatment program is imperative to Mr. Shobert's mental and physical health and well-being for the future. Mr. Shobert has suffered from diagnosed severe PTSD due to his military experiences which has gone untreated. This has resulted in Mr. Shobert's alcoholism as a self-medicating coping mechanism. Mr. Shobert is engaged in the process for applying for a bed date and needs additional time to complete the process. A 30-day continuance should be sufficient to secure a

bed date for Mr. Shobert in the program and present to the Court at sentencing.

Undersigned counsel has conferred with Assistant United States Attorney Jonathan Coppom about this request, and AUSA Coppom indicated the government has no objection this motion.

Rule 32(b)(1) of the Federal Rules of Criminal Procedure instructs courts to "impose sentence without unnecessary delay." However, for good cause, a court may continue a sentencing hearing. *See* Fed. R. Crim.P. 45(b)(1) ("When an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion....").

Accordingly, Mr. Shobert requests that the sentencing hearing now set for July 3, 2024 be continued for 30 days to a date and time convenient to Court.

DATED this 26th day of June 2024.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
> */s/ Tracy Racicot Hucke*
> Tracy Racicot Hucke
> Wyoming Branch Chief

CERTIFICATE OF SERVICE

2

I certify that the foregoing was served on June 26, 2024, to counsel of record via the ECF system.

<u>*/s/ Tracy Racicot Hucke*</u><br>Tracy Racicot Hucke