TRACY RACICOT HUCKE, WBS # 7-4880
Wyoming Branch Chief
214 W. Lincolnway, Ste. 31A
Cheyenne, WY 82001
307-772-2781
Tracy.Hucke@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 23-CR-153-SWS |
| STEVEN SHOBERT, | |
| Defendant. | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Counsel for defendant Steven Shobert, Tracy Racicot Hucke, Wyoming Branch Chief, asks this Court for an order continuing Mr. Shobert's sentencing hearing currently scheduled for August 21, 2024, for one-week to a date and time convenient for the Court to the week of August 26.  Mr. Shobert's counsel will be out of the office on a previously scheduled vacation with her family from August 19, 2024 through August 23, 2024.

Undersigned counsel has conferred with Assistant United States Attorney Jonathan Coppom about this request, and AUSA Coppom indicated the government has no objection this motion. Counsel has also spoken with Mr. Shobert regarding this request, and he has no objection to a one-week continuance.

Rule 32(b)(1) of the Federal Rules of Criminal Procedure instructs courts to "impose sentence without unnecessary delay." However, for good cause, a court may continue a sentencing hearing. *See* Fed. R. Crim.P. 45(b)(1) ("When an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion....").

Accordingly, counsel for Mr. Shobert requests that the sentencing hearing now set for August 21, 2024, be continued for one-week to a date and time convenient for the Court.

DATED this 1st day of August 2024.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Tracy Racicot Hucke*
Tracy Racicot Hucke
Wyoming Branch Chief

### CERTIFICATE OF SERVICE

I certify that the foregoing was served on August 1, 2024, to counsel of record via the ECF system.

*/s/ Tracy Racicot Hucke*
Tracy Racicot Hucke