TRACY RACICOT HUCKE, Wyoming Bar No. 7-4880
Wyoming Branch Chief
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
Phone: 307-772-2781
Fax: 307-772-2781
Tracy.Hucke@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-153-SWS |
| STEVEN SHOBERT, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Steven Shobert, by and through his court-appointed counsel, Tracy Racicot Hucke, Assistant Federal Public Defender, hereby appeals the Judgment entered by the United States District Court on August 28, 2024, to the United States Court of Appeals for the Tenth Circuit.

DATED this 29th day of August 2024.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ *Tracy Racicot Hucke*
TRACY RACICOT HUCKE
Wyoming Branch Chief

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served on August 29, 2024, by electronic filing.

                                      /s/ *Tracy Racicot Hucke*
                                      TRACY RACICOT HUCKE