AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-CR-00153-SWS-1 |
| STEVEN SHOBERT | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEVEN SHOBERT - ON APPEAL NO. 24-8058 .

Date:   09/11/2024

/s/ Jon W. Grevillius
*Attorney's signature*

Jon W. Grevillius, CO Bar No. 41168
*Printed name and bar number*

633 Seventeenth Street, Suite 1000
Denver, CO 80202
*Address*

jon_grevillius@fd.org
*E-mail address*

(303) 294-7002
*Telephone number*

(303) 294-1192
*FAX number*