```
                                                          FILED
                                                   U.S. DISTRICT COURT
                                                   DISTRICT OF WYOMING

                                                   2024 OCT -1  AM 10: 34
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN SHOBERT,<br><br>    Defendant. | Criminal No: 2:23-CR-00153-SWS |

## FINAL ORDER OF FORFEITURE

On May 28, 2024, this Court entered a Preliminary Forfeiture Order (Doc. 54), ordering the Defendant to forfeit the Subject Properties, which were involved in the commission of the offense charged, (Doc. 1), namely (together the "Subject Properties"):

- one 9mm Glock model 17 with a Glock switch device, bearing serial number BVBM327, and

- one Aero Precision model M4E1 short-barreled rifle, bearing serial number M4-0332643.

Notice of the Preliminary Forfeiture Order and the intent of the United States to dispose of the property listed in the Indictment in accordance with the law and as specified in the Preliminary Forfeiture Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was given by publication from May 29, 2024, through June 27, 2004, for the Aero Precision model M4E1 short-barreled rifle, bearing serial number M4-0332643 (Doc. 63), and from July 27, 2024, through August 25, 2024, for the 9mm Glock model 17 with a Glock switch device, bearing serial number BVBM327. (Doc. 82). No claimants filed a petition in this matter.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** the Preliminary Order of Forfeiture and this Order of Final Forfeiture are final, this court having found that the Defendant convicted in this case had an interest in the forfeitable property under 18 U.S.C. §§ 924(d), 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) and all right, title and interest to the properties described below is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

- one 9mm Glock model 17 with a Glock switch device, bearing serial number BVBM327, and
- one Aero Precision model M4E1 short-barreled rifle, bearing serial number M4-0332643.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States has clear title to all the subject property as set forth in the Preliminary Forfeiture Order dated May 28, 2024 (Doc. 54), and this Final Order of Forfeiture.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED** this 30th day of Sept, 2024.

_____
SCOTT W. SKAVDAHL
Chief United States District Court Judge