# United States District Court
## District of Wyoming

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

| | | | |
|---|---|---|---|
| Name of Offender: | Steven Shobert | Case No.: | 2:23-CR-00153 |
| Sentencing Judicial Officer: | Scott W. Skavdahl | | |
| Date of Original Sentence: | August 28, 2024 | | |
| Original Offense: | Possession of a Machinegun | | |
| Original Sentence: | 18 months' incarceration with 3 years' supervised release | | |
| Type of Supervision: | Supervised release | | |
| Date Supervision Commenced: | Will commence March 14, 2025 | | |
| Assistant U.S. Attorney: | Jonathan Coppom | | |
| Defense Attorney: | Tracy Hucke | | |

### Petitioning the Court

☐ To extend the term of supervision ___ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows:

The defendant shall serve the first six months of supervised release at a Residential Re-Entry Center (RRC) as a public law placement, or until he has secured a viable release plan approved by the United States Probation Officer. The defendant shall comply with the rules of the program and follow all staff directives and shall not cause himself to be unsuccessfully terminated from the program.

### Cause

The defendant does not currently have stable housing identified. It is hoped a public law placement will assist him in obtaining stability upon his release from the Bureau of Prisons.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Shelby Heatherly                                March 6, 2025

Shelby Heatherly                                    Date
Senior U.S. Probation Officer

Approved by: /s/ Brett Bohlender

Brett Bohlender
Deputy Chief U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_____                          March 6, 2025
Scott W. Skavdahl                                   Date
Chief U.S. District Judge

PROB 49
Modified 01/2002

# UNITED STATES DISTRICT COURT
# for
# DISTRICT OF WYOMING

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below.  If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel.  I also agree to the following modifications of my Conditions of Supervised Release:

**The defendant shall serve the first six months of supervised release at a Residential Re-Entry Center (RRC) as a public law placement, or until he has secured a viable release plan approved by the United States Probation Officer.  The defendant shall comply with the rules of the program and follow all staff directives and shall not cause himself to be unsuccessfully terminated from the program.**

I have read or have had the above read to me and I fully understand it.  Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _____        3-5-25
Steven Shobert                                Date
Defendant

Witness: /s/ Shelby Heatherly                 3/5/25
Shelby Heatherly                              Date
Sr. U.S. Probation Officer